JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TONYA M. DAVILLIER,         )      Case No.:  CV 11-6923 DSF (PLAx)
)
          Plaintiff,     )
)
     vs.          )
)      JUDGMENT
RONALD D. PERLSTEIN, JUDITH  )
PERLSTEIN, DANCO, INC., MARY )
NAVARRO, STEPHANIE CORTEZ, )
and DOES 1 TO 50, inclusive,    )
)
         Defendants.    )
)
_____ )

     Defendants having prevailed on their motion to dismiss certain claims and their motion for summary judgment on the remaining claim,

     IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____    8/29/12

                                _____
                                    Dale S. Fischer
                            United States District Judge